## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

v.

**Jarrett W. Smith**

Case No: 19-mj-5105-ADM
AUSA: Anthony Mattivi
Defendant: Tom Bartee

| | | | |
|---|---|---|---|
| JUDGE: | James P. O'Hara | DATE: 9/23/19 | |
| DEPUTY CLERK: | Sarah Spegal | FTR: 1:31 | |
| INTERPRETER: | | PRETRIAL/PROBATION: AMANDA HUDSON | |

Length of Hearing:9   Min(s)                                                Location:   Kansas City, Kansas
Hearing Concluded:      (x) Yes   (  ) No

## PROCEEDINGS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (X) | Initial appearance | (  ) | Initial Revocation Hearing | | (  ) | Bond Hearing | |
| (  ) | Identity Hearing | (  ) | Held | (  ) | Waived | (  ) | Bond Revocation Hearing |
| (  ) | Preliminary Hearing | (  ) | Held | (  ) | Waived | (  ) | Arraignment |
| (  ) | Detention Hearing | (  ) | Held | (  ) | Waived | | |
| (  ) | Scheduling Conference | (  ) | Held | (  ) | Waived | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (  ) | Interpreter | (  ) | Sworn | | (  ) | Previously sworn | |
| (X) | Charges and penalties explained to defendant | | | | | | |
| (X) | Defendant placed under oath | | | | | | |
| (X) | Counsel appointed-FPD | | (  ) | At defendant's expense | | | |
| (X) | Constitutional rights explained | (  ) | Felony | (  ) | Misdemeanor | | |
| (  ) | Defendant declined to waive indictment | (  ) | Will be presented by next Grand Jury | | | | |
| (  ) | Signed Waiver of Indictment | | | | | | |
| (  ) | Advised of rights under Rule 20 | | | | | | |
| (  ) | Signed Consent to Transfer (Rule 20) | | | | | | |
| (  ) | Petition to Enter Plea Filed | | (  ) | Plea Agreement Attached | | | |
| (  ) | Transferred to: | | | | | | |
| (  ) | ARRAIGNMENT AND PLEA: | | | | (  ) | No. of Counts: | |
| | (  ) | Waived Reading of | (  ) | Complaint | (  ) | Information | (  ) | Read to Defendant |
| | (  ) | Previous Plea | (  ) | Guilty | (  ) | Not Guilty | Counts: |
| | (  ) | Guilty | | | | | Counts: |
| | (  ) | Not Guilty | | | | | Counts: |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (  ) | Bail denied | (  ) | Bail fixed at | | (  ) | Bail remain at | |
| (  ) | $ | (  ) | Unsecured | | (  ) | Secured | |
| (  ) | Remain on release | (  ) | Executed | | (  ) | Continued in effect | |
| (X) | Deft. remanded to custody | (  ) | Pending compliance with conditions of release | | | | |
| (X) | Temporary Detention Ordered | | | | | | |

Deft's next appearance:   Preliminary and Detention hearing set September 26, 2019 at 1:30 PM with Judge Angel D. Mitchell in Topeka, Kansas.

Miscellaneous: