IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,
*Plaintiff*,

v.                                                            Case No.    **19-mj-05105-ADM-1**

**JARRETT WILLIAM SMITH**,
*Defendant*.

_____

**WITHDRAWAL OF COUNSEL AND
ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL**
_____

Pursuant to Fed. R. Civ. P. 5(b) and Rule 83.5.5(c) of the Rules of Practice and Procedure for the United States District Court for the District of Kansas, Rich Federico, Assistant Federal Public Defender for the District of Kansas, hereby enters his appearance on behalf of Jarrett William Smith, in the above-captioned matter.

Counsel would further request that Thomas W. Bartee's name be removed as counsel of record on this case and also removed from the electronic notification list.

Respectfully submitted,

s/ Rich Federico
Rich Federico, #22111
Assistant Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka KS 66603
Telephone: 785/232-9828
Fax: 785/232-9886
Email: rich_federico@fd.org


s/ Thomas W. Bartee
Thomas W. Bartee, #15133
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, KS 66101
Telephone: 913-551-6712
Fax: 913-551-6562
Email: tom_bartee@fd.org


## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Anthony W. Mattivi
Assistant United States Attorney
anthony.mattivi@usdoj.gov

s/ Rich Federico
Rich Federico