**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 19-40091-DDC |
| | AUSA: Anthony Mattivi |
| Plaintiff, | Defendant: Richard Federico, AFPD |
| v. | |
| JARRETT SMITH, | |
| Defendant. | |

| JUDGE: | Judge Angel D. Mitchell | DATE: | September 26, 2019 |
|---|---|---|---|
| DEPUTY CLERK: | Heather Tildes | TAPE/REPORTER: | FTR Network @ 1:32 PM |
| INTERPRETER: | | PROBATION: | Austin Allison |

## PROCEEDINGS

☒ **Initial Appearance – 2 min.**    ☐ Initial Revocation Hearing    ☐ Bond Hearing
☒ **Detention Hearing – 73 min.**    ☐ Initial Rule 5(c)(3)    ☐ Bond Revocation Hearing
☒ **Arraignment – 3 min.**    ☐ Preliminary Hearing    ☐ Status Conference
☐ Discovery Conference    ☐ Pretrial Conference

☐ Defendant sworn    ☐ Examined re: financial status    ☐ Counsel appointed

☒ **Charges and penalties explained to defendant**
☒ **Constitutional Rights Explained**    ☒ **Felony**    ☐ Misdemeanor
☐ Declines to Waive Indictment    ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment    ☐ Information filed
☐ Advised of Rights Under Rule _____
☐ Signed Consent to Transfer _____

☒ **Waived Reading of:**    ☒ **Indictment**    ☐ Information    ☐ Read to Defendant:
☒ **Number of Counts:  3**
☐ Guilty    ☒ **Not Guilty**
☐ Bail Revoked    ☐ Bail Fixed at:  $_____
☐ Release Order executed    ☐ Continued on Present Bail
☒ **Remanded to Custody**

☒ **Case Management Order will be issued by Magistrate Judge Mitchell**

☒ **Scheduling and Status Conference: November 4, 2019 at 9:00 AM before Judge Crabtree.**

**OTHER:**  Defendant appears in person and with counsel.  Government moves for detention.  The court, after hearing the proffers and arguments of counsel and for the reasons stated on the record orders the Defendant detained pending trial. Formal Order of Detention to follow. Defendant is remanded to the custody of the U.S. Marshal Service.

**EXHIBITS FOR:** Government numbered 1-12 submitted for purposes of this hearing.
**EXHIBITS FOR:** Defendant numbered 500-503 submitted for purposes of this hearing.