UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-40091-DDC |
| ) | |
| JARRETT WILLIAM SMITH, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On September 26, 2019 an Order of Detention Pending Trial (ECF No. 7) was erroneously filed with the court stating the Defendant waived his right to a detention hearing. Defendant did not waive his right to a detention hearing. The court held a detention hearing on September 26, 2019, Defendant was detained and a formal Order of Detention (ECF No. 9) was filed.

The Court orders that the Order of Detention Pending Trial (ECF No. 7) shall be stricken from the record.

IT IS SO ORDERED.

Dated September 30, 2019, at Topeka, Kansas.

s/Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge