**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              Case No. 19-40091-01-DDC

JARRETT WILLIAM SMITH (01),

        Defendant.

**Attorney for Plaintiff: Anthony W. Mattivi**
**Attorneys for Defendant: Kathryn Davis Stevenson, Richard Federico**

| JUDGE: | Daniel D. Crabtree | DATE: | 11/4/2019 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# STATUS CONFERENCE

Defendant appears in custody with counsel.

Defendant's counsel orally moves for the status conference to be continued for 30-45 days to allow time to review additional discovery.  Government's counsel has no objection.

**The court grants the motion and continues the status conference to December 16, 2019 at 9:00 a.m.**

Pursuant to the specific findings set forth in full on the record, the court finds that the ends of justice served by allowing the defendant the additional time requested outweigh the best interest of the public and the defendant in a speedy trial and that the continuance shall be granted.

It is ordered by the court that the period of delay resulting from the additional time granted pursuant to the court's order, **November 4, 2019 until December 16, 2019,** is deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.

**Defendant remanded to custody.**