

Exhibit 505

Under Seal