Case 5:19-cr-40091-DDC   Document 28-8   Filed 08/12/20   Page 1 of 1



DEFENDANT'S EXHIBIT 511
19-cr-40091-DDC-01

The Honorable Daniel D Crabtree
District Court Judge
District of Kansas

April 6, 2020

RE: Jarrett William Smith

Your Honor

   Your Honor, my name is Alfred Philley I am the Smith's family Pastor. I have known Jarrett and his family for seven years, during this time they have been faithful members of our church. I was very shocked and surprised to hear of Jarrett's situation. We do not, nor does his family promote violence as a means of political expression. I know Jarrett was not raised to believe in such things and that is why I am writing this letter. This was the first time he was away from his families influence and I believe he got involved in some things beyond his ability to control. To be blunt, in his youth and inexperience I think he acted in an unintelligent manor.
   When Jarrett enlisted in the Army he was very excited. He wanted to excel in the service of his country while developing skills that would be useful the rest of his life. His desire was to find the place he fit in and serve his purpose.
   I am asking that you extend to him some leniency and mercy concerning his sentence. He has a community of people here that would receive him in love and continually support him. I also would like to offer him some Pastoral counseling while he rebuilds his life and overcomes the unwise decisions of the past. Thank you.

Respectfully

Alfred Philley