

DEFENDANT'S EXHIBIT 512
19-cr-40091-DDC-01

The Honorable Daniel D. Crabtree
District Court Judge
District of Kansas

April 17, 2020

Your Honor,

    My name is Jillian Smith. I'm Jarrett William Smith's younger sister. I've known Jarrett all my life since the first day I was brought into this world. Before I was born, he prayed to God that he wanted to have a baby sister and only a baby sister. He wanted to name me "Katie" after his friend from DayCare, but my Mom had rightfully decided to name me Jillian, since it seemed to match more with Jarrett's name.

    He's always been helpful when it came to my homework or wanting to teach me something new. He even took care of me and my mom whenever we would feel sick. Once when I was really sick he sat down with me and we worked out the math problems together. He's always been really smart at Social Studies. When he was around 12 years old and I was 7, we both took interest in video games. Sometimes we would play the Xbox or simply play my DSI together.

    We both have a big heart for music. We live in a musical family so that's where we both get it from. My mom is a professional piano player and singer while my dad is a guitar player as it goes for me and Jarrett. Jarrett plays the guitar as I just sing most of the time. We both plan to make our own music someday since music does help heal the soul.

    Like many boys, Jarrett may not always show it, but he does have a big heart. He cares for other people and he strongly cares about his family including me, since I had heart surgery when I was 6 months old. Let's not forget he's always been a big talker. I've known that for about a good 19 years. It makes him feel like he matters. Jarrett is different; he would never hurt anybody. Never once has he been violent around me or to any other family members. He has never even touched a fly. He just TALKS.

    Jarrett being away from home for a long time has made us much closer than we were in the past. 'Distance makes the heart grow fonder'. Since he's been away for over 3 years, I want to point out how much I've been missing him and why I think he should come home so we can all help him out as a family. I give people second chances, unconditionally. It's impossible for me to hold grudges, especially when people have learned from their mistakes. As his sister, I love him with all my heart even if he has messed up. I'm not ashamed to be his sibling. He's my own flesh and blood; the only sibling I have. We all make mistakes so we learn from them. I hope he can come home soon because I need him. We all need him to come back home, not

just because we miss him but we need him back to help him get back on his feet so he doesn't have to feel alone anymore. I need my best friend back.

In conclusion, I hope that you will see the best in my only brother, and can allow him to come home where he can be with a family that loves and supports him, no matter what. I sure do. Thank you very much.

In Respect,

*Jillian T Smith*

Jillian T. Smith