# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

## SENTENCING

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.                         Case No. 19-40091-01-DDC

**JARRETT WILLIAM SMITH (01),**

       Defendant.

**Atty for Govt: Anthony W. Mattivi**
**Attys for Deft: Richard Federico, Kathryn Davis Stevenson**

| JUDGE: | Daniel D. Crabtree | DATE: | 8/19/2020 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: |  | PRETRIAL/PROBATION: | Carly Feldhausen |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663    $ _____ on count(s)
                                                  $ _____ on count(s)

☐ **Total Restitution:**    $ _____

☐ Defendant Fined    $ _____ on count(s)
                        $ _____ on count(s)

☐ **Total Fine:**    $ _____

☒ Defendant Assessed under 18:3013    $ 100.00 on count 1 of Indictment
                                              $ 100.00 on count 2 of Indictment
                                              $ _____ on count(s)

☒ **Total Assessment:**    **$ 200.00**

☒ Count 3 of Indictment dismissed by the court on the motion of the United States.
☒ Government ☒ Defendant    - Advised of right to appeal
☐ Defendant to voluntarily surrender
☒ Defendant remanded to custody.
☐ Stay of Execution    ☐ Granted    ☐ Denied
☒ Notes: Defendant's Objection No. 1 to the Presentence Investigation Report – OVERRULED, but the court modified paragraph 118, as set forth in full on the record. Defendant's Objection No. 2 to the Presentence Investigation Report – OVERRULED, but the court directed the United States Probation Office to add additional clarification to paragraph 119, as set forth in full on the record. Defendant's Objection No. 3 to the Presentence Investigation Report – SUSTAINED IN PART as set forth in full on the record. Defendant's Objection No. 4 to the Presentence Investigation Report – Defendant withdraws the vague portion of the objection as set forth in full on the record; OVERRULED remainder of the objection

as set forth in full on the record.  The defendant is sentenced to the custody of the Bureau of Prisons for a term of 30 months on Counts 1 and 2 to be served concurrently to be followed by 3 years of supervised release on Counts 1 and 3 to run concurrently.  The court recommends the defendant be designated to the facility at Butner, North Carolina on the defendant's request.