Prob 12B (7/93)
(D/KS 10/20)

PACTS# 6238111

# United States District Court
## for the
## District of Kansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

Name of Offender: **Jarrett William Smith**          Case Number: **1083 5:19CR40091-001**

Sentencing Judicial Officer:  Honorable Daniel D. Crabtree, U.S. District Judge

Date of Original Sentence:  08/19/2020

Original Offense:   Distributing Information Related to Explosives, Destruction Devices, and Weapons of Mass Destruction, a Class C Felony

Original Sentence: 30 Months Prison, 36 Months Supervised Release

Type of Supervision:  Supervised Release          Date Supervision to Commence: 11/07/2021

## PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of years.
☒ To modify the conditions of supervision as follows:

**You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity). You must contribute to the cost of such program not to exceed the amount determined reasonable by the Court approved U.S. Probation Office's "Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid.**

**You must take all mental health medications that are prescribed by your treating physician. You must contribute to the cost of such program not to exceed the amount determined reasonable by the Court approved U.S. Probation Office's "Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid.**

## CAUSE

Mr. Smith has agreed to and signed a waiver for modifying his conditions to include mental health treatment and medications. Mr. Smith has previously disclosed that he believes he suffers from depression and has experienced hallucinations in the past but has never undergone a psychological evaluation. These conditions will help Mr. Smith with his transition back into the community and provide for public safety by ensuring Mr. Smith receives any assistance he might need.

Prob 12B -2-
*Name of Offender:* Jarrett William Smith                                       *Case Number:* 1083 5:19CR40091-001

The offender was presented a Form 49 Waiver of Hearing to Modify Conditions of Supervision. After being advised of the right to counsel and a hearing on the matter, the offender elected to sign the waiver document. The waiver is on file with the probation office and is available for review upon request.

Respectfully submitted,

by *[signature]*

Bradley M. Schuh
U.S. Probation Officer
Date: 07/20/2021

Approved:

*[signature]*
Joel R. Cromwell, SUSPO

---

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other:

s/ Daniel D. Crabtree
Signature of Judicial Officer

07/22/2021
Date