UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                       Case No. **19-40091-01-DDC**

**JARRETT WILLIAM SMITH,**
    Defendant.

### ORDER TERMINATING DEFENDANT'S TERM OF SUPERVISED RELEASE

Defendant, Jarrett William Smith, moves for early termination of supervised release under 18 U.S.C. § 3583(e)(1). Doc. 35. Neither the Office of Probation and Pretrial Services nor the government object to Mr. Smith's motion. The parties agree that Mr. Smith has completed 18 months of his 36-month term of supervised release, and that early termination is otherwise appropriate under 18 U.S.C. § 3583(e)(1).

A court may, after considering the relevant factors in 18 U.S.C. § 3553(a), "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release. . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

After considering the relevant § 3553(a) factors and specific facts of

this case, the court agrees with the parties. The court finds that early termination is warranted by the conduct of Mr. Smith and the interest of justice.

THE COURT THEREFORE ORDERS that Mr. Smith's motion (Doc. 35) is GRANTED. Under 18 U.S.C. § 3583(e)(1), the court discharges defendant Jarrett William Smith from supervision.

Finally, and though Mr. Smith will owe no obligation to do so, the court strongly encourages Mr. Smith to continue the regiment of counseling he continues to participate in with Agape Counseling. As part of its investigation of the merits of Mr. Smith's motion, the court communicated with his counselor there. The court believes that Mr. Smith's steadfast efforts to improve have assisted his efforts to obey the law. The court commends him for this work and trusts that he will continue to engage in that program or a similar one. But, the court recognizes, this decision belongs to Mr. Smith now that the court terminates his supervised release.

IT IS SO ORDERED.

Dated:  July 14, 2023            s/ Daniel D. Crabtree
                                 Daniel D. Crabtree
                                 United States District Judge